

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00821-CV

**GOLDEN REHABILITATION CENTER, L.L.C.**,
Appellant

v.

Juanita **PEREZ**, Virginia Garcia, Paul Zapata, and Sylvia Sanchez, Individually and as Heirs of
Elisa Zapata,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06946
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Jason Pulliam, Justice

Delivered and Filed: July 15, 2015

APPEAL REINSTATED AND DISMISSED; STAY OF TRIAL COURT PROCEEDINGS
LIFTED; REMANDED TO TRIAL COURT FOR RENDITION OF JUDGMENT IN
ACCORDANCE WITH THE PARTIES' SETTLEMENT AGREEMENT

Appellants and Appellees filed a joint motion to dismiss this appeal. The parties advise this court they have settled the dispute pertinent to this appeal. The parties request this court reinstate the appeal from its abatement, lift the stay imposed upon the trial court proceedings and dismiss the appeal.

The motion is granted. Further, pursuant to Texas Appellate Rule 42.1(a)(2)(B), we remand the case to the trial court for rendition of judgment in accordance with the parties'

settlement agreement.  *See* TEX. R. APP. P. 42.1(a)(2)(B).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM